17-1524

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

CITY OF CHICAGO,                              )
ex rel. AARON ROSENBERG                       )
                                             )
v.                                           )
                                             )
REFLEX HOLDINGS, LTD                         )
and                                          )
REDFLEX TRAFFIC SYSTEMS, INC.                )

STATUS REPORT REGARDING THE DISPOSITION OF
APPELLANT'S MOTION FOR SHARE OF SETTLEMENT PROCEEDS

1.    On April 3, 2017 I was ordered to file a report regarding the

      disposition of appellant's motion for share of settlement proceeds on

      April 14, 2017.

2.    In the hope of not having to inquire of an Article 3 Judge his

      schedule in deciding a motion I held out contacting Judge Tharp's

      staff until the due date of my report, April 14, 2014.

3.    In retrospect, I should have contacted Judge Tharp's staff upon

      receiving the order on April 3, 2017.

4.    Nevertheless, I am now authorized by Judge Tharp to report the

      following:

      a.    "That counsel (John J. Muldoon, III) did not notify the district

            court about the inquiry he was required to make until 4/14/17.

b.  That the District Judge is not in chambers to respond to his inquiry and is therefore not in a position to provide a firm ruling date.

c.  That the District Judge has indicated that, in deference to the Court of Appeals' concern about how to proceed with the appeal pending before it, he will take up the motion out of sequence following the conclusion of a criminal trial that will begin on April 17, 2017, and will rule as quickly as possible thereafter."

Respectfully Submitted,

/s/ John J. Muldoon, III

John J. Muldoon, III
Muldoon & Muldoon, LLC
Attorney No. 6185878
30 N. LaSalle Street, Suite 2950
Chicago, IL 60602
312-739-3550
jjm@muldoonlaw.com

☐

# CERTIFICATE OF SERVICE
### Certificate of Service When All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/_____

☐

# CERTIFICATE OF SERVICE
### Certificate of Service When Not All Case Participants Are CM/ECF Participants

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

counsel / party:                                    address:

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

s/_____